United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEATHER MAGGETTI,

    Plaintiff,

  v.

COVIDIEN, et al.,

    Defendants.

Case No. 15-cv-00812-HSG

**ORDER RE CITIZENSHIP OF PARTIES**

Plaintiff Heather Maggetti alleges that this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. In support of diversity jurisdiction, Maggetti alleges that she "is a resident and citizen of Rohnert Park, Sonoma County, California," and that Defendant Covidien "is a limited liability company . . . with its world headquarters located at 710 Medtronic Parkway, Minneapolis, Minnesota." Complaint at 1.

"[A]n LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Because Maggetti does not allege any facts regarding the citizenship of the owners/members of Covidien, the Court cannot determine whether diversity jurisdiction is proper. To that end, the parties are directed to file, within seven days of the date of this Order, a statement of no more than three pages identifying the citizenship of each member of Covidien.

**IT IS SO ORDERED.**

Dated: March 26, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge