CHARLES D. COCHRAN, Esq. [State Bar No. 98064]
RACHAEL ERICKSON, Esq. [State Bar No. 217445]
KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP
50 Old Courthouse Square, Suite 601
Santa Rosa, CA 95404
(707) 544-9006 - Telephone
(707) 544-7213 - Facsimile

Attorneys for Plaintiff
HEATHER MAGGETTI

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MAGGETTI,<br><br>            Plaintiff,<br><br>    v.<br><br>COVIDIEN, a limited liability company,<br>JEFFREY J. BORUT, D.O., an individual,<br>COVIDIEN, business form unknown,<br>MEDTRONIC, successor in interest,<br>and DOES 1-25, 28-50,<br><br>            Defendants. | Case No.: 15-cv-00812-HSG<br><br>[PROPOSED] ORDER |

IT IS HEREBY ORDERED that the above-referenced matter be dismissed, without prejudice, pursuant to Plaintiff's Notice of Voluntary Dismissal as the court considers the reasoning proper based upon Federal Rules of Civil Procedure 41.

Dated: ___4/22/2015___

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

1

[PROPOSED] ORDER